## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **CV 14-4068-CJC (JPR)**                                          Date: **December 5, 2014**

Title: **Lisa Marie Sauerberg v. Carolyn W. Colvin, Acting Commissioner**
==================================================================
**DOCKET ENTRY: Order to Show Cause**
==================================================================
PRESENT:

**HON. JEAN ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:
           None Present                                                       None Present

**PROCEEDINGS:   (IN CHAMBERS)**

On June 13, 2014, the Court issued a Case Management Order, requiring Plaintiff to file a motion for judgment on the pleadings within 35 days of Defendant's filing an answer to the Complaint. Defendant filed her Answer on October 23, 2014. To date, Plaintiff has not filed any motion. Nor did Plaintiff ever respond to the Court's minute order of October 17, 2014, requiring her to file proof of service of the Complaint. Accordingly, no later than 14 days from the service date of this order, Plaintiff must either file her motion for judgment on the pleadings or show cause in writing why this action should not be dismissed for lack of prosecution. See Local R. 41-1.

Plaintiff is expressly warned that her failure to timely and satisfactorily comply with this minute order will likely result in this case being dismissed for failure to prosecute. Plaintiff is advised that there is a federal "pro se" Clinic in this district. The Clinic offers free on-site information and guidance to individuals who are representing themselves (proceeding pro se) in federal civil actions. The Clinic is administered by a nonprofit law firm, Public Counsel, not by the Court. The Clinic is located in the U.S. Courthouse, 312 North Spring Street, Los Angeles, CA 90012. It is open Mondays, Wednesdays, and Fridays, 9:30 a.m. to 12 p.m. and 2 to 4 p.m. Useful information is also available on the Clinic's website, http://court.cacd.uscourts.gov/cacd/ProSe.nsf/.

MINUTES FORM 11                                                                     Initials of Deputy Clerk: BM
CIVIL-GEN