JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA MARIE SAUERBERG, | Case No. CV 14-4068-CJC (JPR) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Dismissing Action for Failure to Prosecute and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 5, 2015

CORMAC J. CARNEY
U.S. DISTRICT JUDGE